**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ROSALIND BROOKS, et al.,           ) | |
|                          Plaintiffs,    ) | Case No.  2:15-cv-02094-APG-CWH |
| vs.                                              ) | **ORDER** |
| NEIL LURIA, et al.,                     ) | |
|                          Defendants.  ) | |

    Presently before the Court is Defendants NBS Default Services, LLC and Nancy Young's Motion to Quash Service of Process (ECF No. 56), filed on April 4, 2016.  Given that this case has been dismissed for lack of subject matter jurisdiction and that judgment has been entered, as well as for the additional reasons stated in the motion, the Court will grant the motion.

    IT IS THEREFORE ORDERED that Defendants NBS Default Services, LLC and Nancy Young's Motion to Quash Service of Process (ECF No. 56) is GRANTED.

    DATED: April 5, 2016

                                                           **C.W. Hoffman, Jr.**
                                                           **United States Magistrate Judge**