**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSALIND BROOKS, et al., | )<br>) |
| Plaintiffs, | )   Case No.  2:15-cv-02094-APG-CWH<br>) |
| vs. | )   **ORDER**<br>) |
| NEIL LURIA, et al., | )<br>) |
| Defendants. | )<br>) |

Presently before the Court is Defendants Neil Luria, Taylor Bean, and Whitaker Mortgage Corp.'s Motion to Quash Attempted Service of Process (ECF No. 58), filed on April 7, 2016. Defendants Nationstar Mortgage LLC and Federal Home Mortgage Corporation filed a joinder (ECF No. 61) to the motion on April 8, 2016. Given that this case has been dismissed for lack of subject matter jurisdiction and that judgment has been entered, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendants Neil Luria, Taylor Bean, and Whitaker Mortgage Corp.'s Motion to Quash Attempted Service of Process (ECF No. 58) is GRANTED.

IT IS FURTHER ORDERED that Defendants Nationstar Mortgage LLC and Federal Home Mortgage Corporation's Joinder to Motion to Quash (ECF No. 61) is GRANTED.

DATED: April 8, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**